IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HASSAN MARTIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:20cv108 |
| ) | **Electronic Filing** |
| **STATE TROOPER MATTHEW** ) | |
| **RUCINSKI,** Pennsylvania State Police**,** ) | |
| and **PENNSYLVANIA STATE POLICE** ) | |
| **UNIONTOWN BARRACKS,** ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 14th day of December, 2020, upon due consideration of the defendants' Motion for Judgment on the Pleadings and the Report and Recommendation of the Magistrate Judge addressing the same, and after *de novo* review of the record, IT IS ORDERED that [11] the Motion be, and the same hereby is, granted.  Judgment is hereby entered in favor of defendant Pennsylvania State Police Uniontown Barracks and against plaintiff on all claims against defendant Pennsylvania State Police Uniontown Barracks.  Judgment also is entered in favor of defendant Matthew Rucinski and against plaintiff on the Eighth Amendment claim against defendant Matthew Rucinski.

The [20] Report and Recommendation of the Magistrate Judge is adopted as the opinion of the court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Hassan Martin
MW4978
SCI Fayette
50 Overlook Drive
Labelle, PA 15450

(*Via First Class Mail*)

Scott A, Bradley, SDAG

(*Via CM/ECF Electronic Mail*)